UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00560-EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TIYIESHIA SAMANTHA S. STOVALL, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIYIESHIA SAMANTHA SHANEE STOVALL__, Case No. __2:07CR00560-EJG__, Charge __18USC § 287 and 2__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of $_____

        __   __   Unsecured Appearance Bond

        __   __   Appearance Bond with 10% Deposit

        __   __   Appearance Bond with Surety

        __   __   Corporate Surety Bail Bond

    ✔   (Other)         __Pretrial conditions as stated on the reocrd.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court