1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2       **1477 Drew Avenue, Suite 106**
     **Davis, California 95618**
3       **Telephone:    530.759.0700**
     **Facsimile:    530.759.0800**
4  **Attorney for Defendant**
   **TIYIESHIA STOVALL**
5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SACRAMENTO DIVISION

11

12  UNITED STATES OF AMERICA,     )  Case No. CR S-07-00560 EJG
                                )
13             Plaintiff,       )
                                )  STIPULATION AND ORDER TO
14    vs.                       )  CONTINUE STATUS CONFERENCE
                                )
15  TIYIESHIA STOVALL,          )
                    Defendant.  )
16                                    )
                                )
17

18       It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

19  AMERICA, through its counsel of record, Samantha Sue Spangler, Assistant United States

20  Attorney, and defendant, TIYIESHIA STOVALL, through her counsel of record, Joseph J.

21  Wiseman, that the status conference scheduled for June 6, 2008, at 10:00 a.m., be rescheduled

22  to June 27, 2008, at 10:00 a.m.

23       The parties further stipulate and agree that the time beginning June 6, 2008 and

24  extending through June 27, 2008, be ordered excluded from the calculation of time under the

25  Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that

26  counsel for the Defendant may have reasonable time necessary for effective preparation, taking

27  into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

28

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE
                                         CR 07-00560  EJG

1   Specifically, the government intends to provide defendant with a plea agreement and

2   defendant needs time to review the proposed plea agreement with counsel.

3   The parties submit that the interests of justice served by granting this continuance

4   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

5   3161(h)(8)(A).

6

7   Dated: June 5, 2008                          Respectfully submitted,

8                                                JOSEPH J. WISEMAN, P. C.

9

10                                               By:     /s/ Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
11                                                    Attorney for Defendant
                                                      TIYIESHIA STOVALL
12

13

14  Dated: June 5, 2008                          McGREGOR W. SCOTT
                                                 United States Attorney
15

16                                               By:     /s/ Samantha S. Spangler
17                                                    SAMANTHA S. SPANGLER, AUSA
                                                      Attorney for Plaintiff
18                                                    UNITED STATES OF AMERICA

19

20

21                                   **ORDER**

22      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

23  Status conference in the above-captioned case be continued to June 27, 2008, at 10:00 a.m.

24

25

26  Dated:   June 5, 2008                        /s/ Edward J. Garcia
                                                 EDWARD J. GARCIA
27                                               UNITED STATES DISTRICT JUDGE

28

STIPULATION AND ORDER TO CONTINUE STATUS                              CR 07-00560  EJG
CONFERENCE