McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-560 EJG |
| ) | |
| Plaintiff, ) | AMENDED ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| TIYIESHIA S. S. STOVALL, ) | DATE: June 27, 2008 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | COURT: Hon. Edward J. Garcia |
| ) | |

On June 6, 2008, the Court entered an order, on the parties' stipulation, continuing the status conference from June 6, 2008, to June 27, 2008, at 10:00 a.m. Although the parties' stipulation included an exclusion of time from the Speedy Trial Act calculation, the order did not.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation, pursuant to 18 U.S.C.

///
///
///

1

§ 3161(h)(8)(A) & (B)(iv) and Local Code T4, for counsel preparation from June 6, 2008, through June 27, 2008.

    IT IS SO ORDERED.

DATED: June 9, 2008          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA, Judge
                                  United States District Court