1   **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
2       **1477 Drew Avenue, Suite 106**
        **Davis, California 95618**
3       **Telephone:      530.759.0700**
        **Facsimile:       530.759.0800**
4   **Attorney for Defendant**
**TIYIESHIA STOVALL**
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

12   UNITED STATES OF AMERICA,          )   Case No. CR S-07-00560 EJG
                                        )
13                     Plaintiff,       )
                                        )     STIPULATION AND ORDER TO
14       vs.                            )   CONTINUE STATUS CONFERENCE
                                        )
15   TIYIESHIA STOVALL,                 )
                       Defendant.       )
16                                      )
                                        )
17

18       It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

19   AMERICA, through its counsel of record, Samantha Sue Spangler, Assistant United States

20   Attorney, and defendant, TIYIESHIA STOVALL, through her counsel of record, Joseph J.

21   Wiseman, that the status conference scheduled for July 18, 2008, at 10:00 a.m., be rescheduled

22   to August 15, 2008, at 10:00 a.m.

23       The parties further stipulate and agree that the time beginning July 18, 2008 and

24   extending through August 15, 2008, be ordered excluded from the calculation of time under the

25   Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that

26   counsel for the Defendant may have reasonable time necessary for effective preparation, taking

27   into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

28

1        Specifically, the government recently provided defense counsel with additional

2    discovery, which the defendant needs to review in order to assist counsel in defending against

3    the charges.

4        The parties submit that the interests of justice served by granting this continuance

5    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

6    3161(h)(8)(A).

7    Dated: July 16, 2008             Respectfully submitted,

8                          JOSEPH J. WISEMAN, P. C.

9

10                         By:   /s/ Joseph J. Wiseman

                          JOSEPH J. WISEMAN

11                             Attorney for Defendant

12                             TIYIESHIA STOVALL

13

14   Dated: July 16, 2008             McGREGOR W. SCOTT

15                         United States Attorney

16

17                         By:    /s/ Samantha S. Spangler

                          SAMANTHA S. SPANGLER, AUSA

18                             Attorney for Plaintiff

                          UNITED STATES OF AMERICA

19

20                        **ORDER**

21       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

22   Status conference in the above-captioned case be continued to August 15, 2008, at 10:00 a.m.

23   IT IS FURTHER ORDERED THAT the time from the date of this Order to August 15, 2008 be

24   excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local

25   Rule T4.

26

27   Dated:    July 17, 2008             /s/ Edward J. Garcia

28                             EDWARD J. GARCIA, JUDGE

1    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28