```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>TIYIESHIA S. S. STOVALL,      )<br>                              )<br>         Defendant.           )<br>_____) | CASE NO. 2:07-cr-560 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>TRIAL: November 17, 2008<br>TIME:  9:00 a.m.<br>COURT: Hon. Edward J. Garcia |

<u>Stipulation</u>

The undersigned prosecutor has learned that the case agent on this matter is on a detail out of state and is not scheduled to return to Sacramento until mid-December, from which point until the end of the year she will be taking use-or-lose annual leave. Additionally, the prosecutor has an opportunity to attend the Eastern District Conference in Napa, which is scheduled for the weekend immediately preceding the date currently scheduled for the beginning of the jury trial. While the parties anticipate that this case may resolve without a trial, they seek to continue the trial - in the event the case does proceed to trial - for the foregoing reasons.

1

1    Therefore, the parties, through undersigned counsel, stipulate
2 as follows:
3    The trial confirming hearing scheduled for October 31, 2008, at
4 10:00 a.m., may be converted to a status conference.
5    The jury trial, currently scheduled for November 17, 2008, may
6 be continued to February 2, 2009, at 9:00 a.m.
7    A new trial confirming hearing may be scheduled for January 16,
8 2009, at 10:00 a.m.
9    Time may be excluded, through the new trial date, from the
10 speedy trial calculation under the Speedy Trial Act for counsel
11 preparation, and because the interests of justice served by granting
12 the continuance outweigh the best interests of the public and the
13 defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
14 (B)(iv) and Local Code T4.
15    Defense counsel has authorized the prosecutor to sign this
16 stipulation on his behalf.

17 DATED: October 7, 2008          McGREGOR W. SCOTT
                                   United States Attorney
18
19                                 by   /s/ Samantha S. Spangler
                                        Samantha S. Spangler
20                                      Assistant U.S. Attorney
21
22 DATED: October 7, 2008          by   /s/ Samantha S. Spangler for
                                        Joseph J. Wiseman
23                                      Counsel for Ms. Stovall

24                                 Order

25    Good cause appearing, the same is hereby ordered.
26    IT IS SO ORDERED.
27 DATED: October 7, 2008          /s/ Edward J. Garcia
                                   EDWARD J. GARCIA, Judge
28                                 United States District Court

2