```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 2:07-cr-560 EJG |
| ) | STIPULATION & ORDER CONTINUING |
| Plaintiff,  ) | STATUS CONFERENCE |
| ) | |
| v.  ) | |
| ) | DATE: November 7, 2008 |
| TIYIESHIA S. S. STOVALL,  ) | TIME: 10:00 a.m. |
| ) | COURT: Hon. Edward J. Garcia |
| Defendant.  ) | |

## Stipulation

Because the parties continue to negotiate regarding a potential pre-trial disposition of the case, and because the defense needs more time, the parties agree that the status conference presently set for October 31, 2008, may be continued to Friday, November 7, 2008, at 10:00 a.m.

The case is scheduled for trial on February 2, 2009, and time has been excluded through that date. Therefore, the speedy trial calculation under the Speedy Trial Act is not triggered by this continuance of the status conference.

///

///

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: October 29, 2008         McGREGOR W. SCOTT
                                United States Attorney


                           by   /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney


DATED: October 29, 2008    by   /s/ Samantha S. Spangler for
                                Joseph J. Wiseman
                                Counsel for Ms. Stovall

<u>Order</u>

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

DATED: October <u>29</u>, 2008      /s/ Edward J. Garcia
                                EDWARD J. GARCIA, Judge
                                United States District Court