**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**TIYIESHIA STOVALL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-00560 EJG |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| TIYIESHIA STOVALL, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Samantha Sue Spangler, Assistant United States Attorney, and defendant, TIYIESHIA STOVALL, through her counsel of record, Joseph J. Wiseman, that the conditions of pretrial release for defendant STOVALL be modified to include psychological counseling as directed by the Pretrial Services Officer.

Dated: November 20, 2008            Respectfully submitted,

                                            JOSEPH J. WISEMAN, P. C.

                                            By:    /s/ Joseph J. Wiseman
                                                JOSEPH J. WISEMAN
                                                Attorney for Defendant
                                                TIYIESHIA STOVALL

| | |
|---|---|
| Dated: November 20, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| | By:   /s/ Samantha S. Spangler<br>SAMANTHA S. SPANGLER, AUSA<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of the pretrial release be modified as stated.

DATED:  November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/Stovall0560.ord