```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 2:07-cr-560 EJG
                                )
12           Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
13       v.                     )
                                )
14  TIYIESHIA S. S. STOVALL,    )  DATE:  June 19, 2009
                                )  TIME:  10:00 a.m.
15           Defendant.         )  COURT: Hon. Edward J. Garcia
                                )
16
17                         Stipulation
```

18      This case is scheduled for status conference on Friday, April
19  17, 2009.  The prosecutor is unavailable that day.  The parties have
20  received a report of a psychological evaluation of the defendant,
21  which reports that she does not have any mental defects. The parties
22  now anticipate scheduling this matter for trial.  However, the
23  prosecutor is in the process of seeking authorization from the Tax
24  Division of the United States Department of Justice to charge Ms.
25  Stovall with additional counts of filing false claims.  The
26  prosecutor has held off seeking that authorization because of the
27  parties heretofore ongoing plea negotiations.  Therefore, the
28  parties stipulate that the status conference should be continued to

                                1

June 19, 2009, at 10:00 a.m., to give the prosecutor time to obtain the authorization and if possible to obtain a superseding indictment. At the new status conference, the parties anticipate scheduling the matter for a realistic trial date.

The parties further agree that the time between April 17, 2009, and June 19, 2009, should be excluded from the speedy trial calculation under the Speedy Trial Act for preparation of counsel under 18 U.S.C. § 3231(h)(8)(B)(i) and (iv). The parties agree that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: April 14, 2009  LAWRENCE G. BROWN
Acting United States Attorney

by  /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

DATED: April 14, 2009  by  /s/ Samantha S. Spangler for
Joseph J. Wiseman
Counsel for Ms. Stovall

## Order

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

DATED: April 16, 2009  /s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court

2